United States District Court
Southern District of Texas
**ENTERED**
October 14, 2016
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | MISC ACTION NO. H-16-02271 |
| | § | |
| MATTHEW W. LEGGETT | § | |

## ORDER

The United States of America's motion for an order authorizing the Federal Bureau of Investigation to turn over Mr. Leggett's assets under 18 U.S.C. §§ 3613(a) and 3664(n) is granted. (Docket Entry Nos. 1–2). After carefully reviewing the motion, the record, and the applicable law, the court concludes that cause exists to grant the motion. The FBI is ordered and authorized to turn over Mr. Leggett's assets as follows:

1. The FBI is authorized to turn over to the clerk of the court, and the clerk of court shall accept, funds currently held by the FBI which were seized from Mr. Leggett at the time of his arrest and forfeited at the time of sentencing.

2. The FBI shall convert all items of value, including foreign currency and coins, and tender the same to the District Clerk for the Southern District of Texas, up to the amount of restitution owed by the defendant, $38,565.10.

3. The clerk shall apply these funds as payment toward the criminal monetary penalties owed by Mr. Leggett. The funds should be made payable to Clerk, U.S. District Court, with the case number 4:05-CR-317, Matthew W. Leggett, on the bottom left corner of the check, mailed to U.S. District Court, P.O. Box 61010, Houston, Texas 77208.

4. The payee for restitution shall be changed from Northwest Airlines to Delta Airlines, the successor in interest.

5. Any additional converted funds left over shall be returned to Mr. Leggett, once the balance of the restitution is paid.

6. Any items without monetary value remaining in the possession of the FBI shall be returned to Mr. Leggett.

      SIGNED on October 14, 2016, at Houston, Texas.

                                          Lee H. Rosenthal
                                      United States District Judge